UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARLA GILL, ET AL** | * | **NUMBER: 1:22-CV-02173-EEF-JPM** |
| | * | |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| | * | |
| **META PLATFORMS, INC., ET AL.** | * | **MAGISTRATE JOSEPH H. L. PEREZ-MONTES** |
| | * | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON MOTION TO TRANSFER**

On August 31, 2022, the Parties filed a Joint Motion to Stay All Deadlines Pending Decision of Judicial Panel on Multidistrict Litigation on Motion to Transfer ("the Motion").

Finding good cause for the request to stay all deadlines, the Court hereby GRANTS the Motion.

It is ORDERED that the case is hereby STAYED pending disposition by the Judicial Panel on Multidistrict Litigation (JPML) of the pending motion in MDL No. 3047 to centralize this case in an MDL for pretrial proceedings; and

It is FURTHER ORDERED that, should the JPML deny that motion, Defendants shall file their Answer or otherwise respond to the Complaint within 30 days of such an order.

SO ORDERED on this, the 14th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE